

August 24, 2015

Via Email
DTCC
Mark Hendrickson
Mhendrickson1@dtcc.com

**RE: Notice of Erroneous Payment of Dividend Calissio Resources Group, Inc (OTC:CRGP)**

Dear Mark:

COR Clearing LLC, DTCC Participant 0052 ("COR") received notice that DTCC intends at the close of business as of the date of this letter to pay a dividend for approximately $3 million that corresponds to shares in Calissio Resources Group, Inc. ("CRGP") that were not in existence at the time of the dividend record date of June 30, 2015. Such a payment would be in error. The purpose of this letter is to place DTCC on notice of such and to warn DTCC of its liability should it make this payment.

A customer of COR's obtained these shares through a conversion of debt to equity between July 29, 2015 and August 19, 2015 (the ex-dividend date). Through these conversions the customer obtained over 361,000,000 shares of stock that were subsequently sold in the market. The selling customer never received a dividend on these shares, as none is owed, and as such should not be receiving a due bill on the sale. However, as of August 21, 2015 DTCC assessed a due bill to this customer for the sale of these shares. The customer sold these shares for less than the amount of the dividend. (The customer's gross proceeds were approximately $700,000.) In addition, COR's research suggest that the shares were in fact repurchased by the issuer itself, who would as a result of DTCC's proposed actions be unjustly enriched by the amount of the dividend.

Be advised should DTCC issue payment it solely will be responsible for making any payments due the buyers of these shares who are otherwise not entitled to payment. COR assumes no responsibility for this erroneous determination by DTCC and will not be liable for any portion of the $3 million dividend payment.

We will be discussing this matter with counsel at 3:15 (Eastern DST) and would invite you and your counsel to join in the discussion on how to address this issue before irreparable harm occurs to COR.

Warm regards,

Mark R. Bell
*Chief Legal Officer*
*(402)384-6154*

- 2 –

cc:     Glen Barrentine, Esq.
        Winston & Strawn