**From:** adamcarter calissioresources.com [mailto:adamcarter@calissioresources.com]
**Sent:** Tuesday, August 25, 2015 2:56 PM
**To:** myarmish; george.nobilisconsulting
**Subject:** CRGP Dividend
**Importance:** High


Mr. Yarmish,

Your client Nobilis Consulting LLC has asked me to reach out to you.
As you are aware there has been a huge glitch/error on how the dividend was supposed to be paid out.
We are currently in conversations with DTCC and will be resolving this issue over the next couple of days.

There is absolutely no reason for closing your clients account as they are not at fault here. Once again this was
a problem created by FINRA and not your client Nobilis Consulting LLC.

Feel free to ask me any further questions regarding this issue.

Adam Carter
President
Calissio Resources Group, Inc.