**From:** "adamcarter calissioresources.com" <adamcarter@calissioresources.com>
**Reply-To:** "adamcarter calissioresources.com" <adamcarter@calissioresources.com>
**Date:** Tuesday, August 25, 2015 at 12:54 PM
**To:** Carlos Salas <carlos.salas@corclearing.com>
**Subject:** Re: FW: URGENT - - CEO of CRGP acknowledging mistake

Mr. Salas,

As you are aware there has been a huge glitch/error on how the dividend was supposed to be paid out. We are currently in conversations with DTCC and will be resolving this issue over the next couple of days.

Feel free to ask me any further questions regarding this issue.

Adam Carter
President
Calissio Resources Group, Inc.

On August 25, 2015 at 12:49 PM Carlos Salas <Carlos.Salas@corclearing.com> wrote:

Mr. Carter,
Our firm COR Clearing has been assessed and paid approximately $3 million to DTCC to settle due bills on Calissio stock issued after the record date of your dividend. It is important that we discuss this issue immediately. Please let me know where I can reach you or a time today that we can organize a call.
Regards,
Carlos Salas

_____

**CARLOS P. SALAS**

*Chief Executive Officer*

T  402-384-6145 |C 917-750-6095 | **COR Clearing LLC**

1200 Landmark Center, Suite 800

Omaha, NE 68102-1916


**From:** adamcarter calissioresources.com [mailto:adamcarter@calissioresources.com]
**Sent:** Tuesday, August 25, 2015 2:56 PM
**To:** myarmish; george.nobilisconsulting
**Subject:** CRGP Dividend
**Importance:** High

Mr. Yarmish,

Your client Nobilis Consulting LLC has asked me to reach out to you.
As you are aware there has been a huge glitch/error on how the dividend was supposed to be paid out.
We are currently in conversations with DTCC and will be resolving this issue over the next couple of days.

There is absolutely no reason for closing your clients account as they are not at fault here. Once again this was
a problem created by FINRA and not your client Nobilis Consulting LLC.

Feel free to ask me any further questions regarding this issue.

Adam Carter
President
Calissio Resources Group, Inc.