IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COR CLEARING, LLC, a Delaware  )
limited liability company,     )
                               )
          Plaintiff,           )        8:15CV317
                               )
     v.                        )
                               )
CALISSIO RESOURCES GROUP,      )        ORDER
INC., a Nevada corporation,    )
ADAM CARTER, an individual,    )
SIGNATURE STOCK TRANSFER,      )
INC, A Texas corporation; and  )
DOES 1-50,                     )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff COR Clearing, LLC's expedited motion for order appointing limited purpose receiver for defendant Calissio Resources Group, Inc. (Filing No. 20). Before ruling on its motion, COR Clearing requests that notice to all interested parties who may be affected by the appointment be given notice and an opportunity to be heard. *See* Filing No. 21.

After review, the Court finds that in the interest of giving all parties notice and the opportunity to be heard all those who may be affected by the post-payable adjustments a potential receiver would request the Depository Trust & Clearing Corporation ("DTTC") to make, plaintiff's request to notify any

parties potentially affected by the appointment of a receiver should be granted.[1]  Accordingly,

IT IS ORDERED that before the Court rules on plaintiff's motion (Filing No. 20):

1) COR Clearing shall give notice of the motion, supporting memoranda, and the proposed order to every DTCC member firm credited and/or debited with dividends and/or interim accounting allocations for shares of Calissio Resources Group, Inc. from June 1 to August 30, 2015.

2) The notice will be by overnight mail/Federal Express within one day of this Order to the addresses that were provided by DTCC to COR Clearing on October 4, 2015, pursuant to subpoena.

3) All affected parties shall have seven days from the date of receipt of this notice to file a response to COR Clearing's motion, if they so desire.

---

[1] The Court acknowledges the receipt of: (1) Steven J. Markow's email to the Court dated October 7, 2015 (Filing No. 27); (2) Alicja Socha's email to the Court dated October 9, 2015 (Filing No. 26); and (3) Benjamin Riley's expedited motion for leave to file Amicus Brief (Filing No. 25).  These correspondences and motion, along with any other responses provided to the Court within the time outlined within this Order will be considered and decided upon before the Court rules on plaintiff's motion for order appointing limited purpose receiver (Filing No. 20).

      4) COR Clearing shall have seven days to reply to any responses.

      DATED this 20th day of October, 2015.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court