IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, A Texas corporation; and DOES 1-50, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation regarding TD Ameritrade Clearing, Inc.'s response to COR Clearing, LLC's motion for order appointing limited purpose receiver (Filing No. 37). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. TD Ameritrade shall have until October 30, 2015, to respond to plaintiff's motion for order appointing limited purpose receiver.

DATED this 28th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court