IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COR CLEARING, LLC, a Delaware  )
limited liability company,     )
                               )
            Plaintiff,         )    8:15CV317
                               )
       v.                      )
                               )
CALISSIO RESOURCES GROUP,      )    ORDER
INC., a Nevada corporation,    )
ADAM CARTER, an individual,    )
SIGNATURE STOCK TRANSFER,      )
INC, A Texas corporation; and  )
DOES 1-50,                     )
                               )
            Defendants.        )
_____ )
```

   This matter is before the Court on the motion of Alpine Securities Corporation for leave to file exhibits as restricted access (Filing No. 45).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that the motion of Alpine Securities Corporation is granted.  Exhibits E, G, and H in support of its memorandum of law may be filed as restricted, pending further order of the Court.

   DATED this 2nd day of November, 2015.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court