IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COR CLEARING, LLC, a Delaware  )
limited liability company,     )
                               )
            Plaintiff,         )    8:15CV317
                               )
       v.                      )
                               )
CALISSIO RESOURCES GROUP,      )    ORDER
INC., a Nevada corporation,    )
ADAM CARTER, an individual,    )
SIGNATURE STOCK TRANSFER,      )
INC, A Texas corporation; and  )
DOES 1-50,                     )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the joint motion of the parties to extend the deadline to file the Rule 26(f)(2) report (Filing No. 84). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until January 31, 2016, to file their Rule 26(f)(2) report.

DATED this 10th day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court