IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company,<br><br>　　Plaintiff,<br><br>Vs.<br><br>CALISSIO RESOURCES GROUP, INC., a Nevada Corporation; ADAM CARTER, and individual; SIGNATURE STOCK TRANSFER, INC., a Texas corporation; and DOES 1-50,<br><br>　　Defendants. | Case No. **8:15-cv-317**<br><br>**DEFENDANT SIGNATURE STOCK TRANSFER'S ANSWER** |

　　**NOW COMES** Defendant, Signature Stock Transfer, Inc., a Texas corporation, by and through counsel, and for its Answer to Plaintiffs Complaint, states as follows:

## NATURE OF THIS ACTION

1. Defendant Signature Stock Transfer, Inc., (hereinafter SST) has no knowledge of any alleged scheme to defraud the marketplace or the clearing system.

2-4. Defendant SST denies each and every allegation.

5. Admit

6. Defendant SST denies each and every allegation.

7-8. Admit

## PARTIES

9. Admit.

10-12. Deny.

13. Admit.

## JURISDICTION AND VENUE

14. Admits that portion of the paragraph referring to SST, denies each and every other allegation.

15. Admits that portion of the paragraph referring to SST, denies each and every other allegation.

1

16. Admit.

## BACKGROUND

17. Deny.

18-19. Admit.

20-21. Deny

22. Admit

23-29. Deny

30. Admit

31-40. Deny.

41-44. Deny.

45. Admit

46. Deny

47. SST denies each and every allegation set forth above, except those specifically admitted above.

48-52. Deny

## SECOND CLAIM FOR RELIEF

53. SST denies each and every allegation set forth above, except those specifically admitted above.

54-60. Deny.

61. SST denies each and every allegation set forth above, except those specifically admitted above.

62-75. Deny.

## AFFIRMATIVE DEFENSES.

## CONTRIBUTORY NEGLIGENCE

76. Plaintiff's acts, or lack thereof, were a casual factor of its loss.

## FRAUD

77. The fraudulent actions of defendants Calissio Resources Group, Inc. and Adam Carter were the cause of losses to Plaintiffs.

## FURTHER AFFIRMATIVE DEFENSES

78. Defendant SST reserves the right to assets additional affirmative defenses as discovery may reveal.

## FAILURE TO STATE A CLAIM

79. Plaintiff fails to state a claim upon which relief can be granted.

## LACK OF SUBJECT MATTER JURISDICTION

80. The court lacks sufficient contracts that no subject matter jurisdiction exists.

## FAILURE TO JOIN A PARTY (12(B)(7))

81. Plaintiff alleges in its pleading that Depository Trust Clearing Corporation (DTCC) had weakness that lead to Plaintiff's losses.

**WHEREFORE**, SST prays the complaint be dismissed at plaintiff's cost, SST the awarded its costs, attorney fees and for such other relief as the court may deem just and equitable in this cause.

Dated this 5th day of January, 2016.

                        Signature Stock Transfer, Inc.
                            Defendant,

By: /s/ Gail E. Boliver
Gail E. Boliver, Esq. (#20593)
BOLIVER LAW FIRM
8712 West Dodge Road, Suite 400
Omaha, NE 68114
Telephone: 402-392-0107
Facsimile: 402-392-1011
Email: boliver@boliverlaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and notification of such filing was sent by electronic mail to the following:

Michael T. Hilgers (#24483)
mhilgers@goberhilgers.com
Carrie S. Dolton (#24221)
cdolton@goberhilgers.com
GOBER HILGERS PLLC
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: (402) 218-2106
Facsimile: (877) 437-5755

and

David L. Aronoft*
daronoff@winston.com
Saul R. Rostamian*
srostamian@winston.com
Andrew G. Smith*
agsmith@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*admitted pro hac vice
*Attorneys/or Plaintiff COR Clearing, LLC*

                        /s/ Gail E. Boliver
                        Gail E. Boliver