UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CALISSIO RESOURCES, GROUP, INC., a Nevada corporation; ADAM CARTER, an individual; SIGNATURE STOCK TRANSFER, INC., a Texas corporation; and DOES 1-50. <br><br> Defendants. | Case No. 8:15-cv-00317-LES-FG3 <br><br> **JOINT MOTION** |

**Joint Motion For Protective Order Governing
The Disclosure And Use Of Discovery Materials**

1.   Plaintiff and Defendant Signature Stock Transfer, Inc. (collectively, the "parties") in the above-captioned actions agree that certain information subject to discovery in this action may contain trade secrets or other confidential, proprietary and/or commercially-sensitive information. Pursuant to Federal Rule of Civil Procedure 26(c) and Nebraska Civil Rule 7.1(a), the parties file this Joint Motion for Protective Order Governing the Disclosure and Use of Discovery Materials.

2.   The parties have reached agreement on the terms for a general protective order in this case.

3.   WHEREFORE, in order to adequately protect trade secrets and other confidential, proprietary and/or commercially-sensitive information, the parties respectfully request entry of a

Protective Order containing the proposed provisions set forth in the parties' Protective Order submitted to the Court's chambers by email pursuant to Nebraska Civil Rule 7.0.2.

Respectfully submitted,

Dated: January 13, 2016

By: s/ Michael T. Hilgers
Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
**HILGERS GRABEN PLLC**
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: 402.218.2106
Facsimile: 877.437.5755
mhilgers@hilgersgraben.com
cdolton@hilgersgraben.com

**ATTORNEYS FOR PLAINTIFF COR CLEARING, LLC**

By: s/ Gail E. Boliver (with permission)
Gail E. Boliver
**BOLIVER LAW FIRM**
2414 South 2nd Street
Marshalltown, IA 50158
Telephone: (641) 752-6597
boliver@boliverlaw.com

**ATTORNEY FOR SIGNATURE STOCK TRANSFER, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of January 2016, a true and correct copy of the foregoing was filed via the Court's CM/ECF System, and was served on all counsel of record.

    _s/ Michael T. Hilgers_____