IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, A Texas corporation; and DOES 1-50, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on TD Ameritrade, Inc.'s motion for extension of time (Filing No. 101). The Court notes plaintiff has no objection and finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; TD Ameritrade Clearing, Inc., shall have until Aparil 19, 2016, to oppose or otherwise respond to COR Clearing's motion to compel.

DATED this 18th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court