IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, A Texas corporation; and DOES 1-50, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on TD Ameritrade Clearing, Inc.'s motion for leave to file document as restricted access (Filing No. 105). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Exhibit A (Filing No. 106) shall be filed as restricted.

DATED this 20th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court