UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CALISSIO RESOURCES GROUP, INC., a Nevada corporation; ADAM CARTER, an individual; SIGNATURE STOCK TRANSFER, INC., a Texas corporation; and DOES 1-50.<br><br>    Defendants. | **Case No. 8:15-cv-00317-LES-FG3**<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CALISSIO RESOURCES GROUP, INC.** |

Pursuant to Federal Rule of Civil Procedure 55(b) and Nebraska Civil Rule 55.1(b), Plaintiff COR Clearing, LLC hereby applies this Court for a judgment against Defendant Calissio Resources Group, Inc. for having failed to plead or otherwise defend the claims made by COR Clearing. This application is based upon the declaration of Michael T. Hilgers, attached hereto, and the pleadings and records on file before the Court. Pursuant to Nebraska Civil Rule 55.1(b), counsel for COR Clearing will e-mail the Court a proposed judgment.

Respectfully submitted,

Dated: April 20, 2016

By: s/ Michael T. Hilgers
Michael T. Hilgers (#24483)
mhilgers@hilgersgraben.com
Carrie S. Dolton (#24221)
cdolton@hilgersgraben.com
HILGERS GRABEN PLLC
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: (402) 218-2106
Facsimile: (877) 437-5755
**Attorneys for Plaintiff COR Clearing, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2016, a true and correct copy of the foregoing was served on opposing counsel of record via the Court's CM/ECF System.

s/ Michael T. Hilgers\
Michael T. Hilgers