UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CALISSIO RESOURCES GROUP, INC., a Nevada corporation; ADAM CARTER, an individual; SIGNATURE STOCK TRANSFER, INC., a Texas corporation; and DOES 1-50.<br><br>Defendants. | Case No. 8:15-cv-00317-LES-FG3<br><br>**DECLARATION OF MICHAEL HILGERS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

I, Michael T. Hilgers, do hereby declare pursuant to 28 U.S.C. § 1746(2) under penalty of perjury that the following is true and accurate based upon my own personal knowledge and belief:

1. I am one of the attorneys of record for the Plaintiff in this matter. I am able to testify to the facts stated therein pursuant to my personal knowledge and to the best of my recollection.

2. On August 26, 2015, Plaintiff filed with the Clerk of this Court a Complaint and Demand for Jury Trial in the above-captioned action against Defendants Calissio Resources Group, Inc. ("Calissio"), Adam Carter, and Signature Stock Transfer, Inc. ("Signature Stock") (collectively, "Defendants"). (Dkt. 1; Complaint.)

3. On August 27, 2015, Defendant Calissio was served with a copy of Plaintiff's Complaint and Demand for Jury Trial. (Dkt. 11; Proof of Service.)

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants were required to serve an answer or otherwise defend by September 17, 2015.

5. Defendants have failed to plead or otherwise defend against Plaintiff's Complaint and Demand for Jury Trial.

6. On September 25, 2015, upon request of Plaintiff, the Clerk of the Court issued an Entry of Default against Calissio. (Dkt. 19; Clerk's Entry of Default.)

7. As of the date of this declaration, Calissio has failed to appear or defend this action.

8. Defendants are not infants or incompetent persons as stated in the Federal Rule of Civil Procedure Rule 55(b)(2).

9. Plaintiff is entitled to a default judgment against Calissio on each of its claims for relief.

I, Michael T. Hilgers, hereby declare and certify under penalty of perjury that the foregoing is true and correct.

_____
Michael T. Hilgers

Executed this 20th day of April 2016, in Omaha, Nebraska