UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | Case No. 8:15CV317-LES-FG3 |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation; ADAM CARTER, an individual; SIGNATURE STOCK TRANSFER, INC., a Texas corporation; and DOES 1-50. | |
| Defendants. | |

This matter is before the Court on plaintiff's application for default judgment against defendant Calissio Resources Group, Inc. (Filing No. 108). Defendant Calissio Resources Group, Inc. ("Calissio"), having failed to plead or otherwise defend, and now, upon application of the plaintiff COR Clearing, LLC, and upon declaration that the time within which Calissio may answer or otherwise respond to the complaint has expired, and that no answer or other response has been filed, and there has been no extension of such time, and that the Clerk has entered default herein, entry of default judgment pursuant to Nebraska Civil Rule 55.1(c) and Federal Rule of Civil Procedure 55(b)(2) is proper.

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's Motion for Default Judgment against Calissio is granted as follows:

    a.    Judgment is hereby entered in favor of plaintiff COR Clearing that, in furtherance of a fraudulent scheme, Calissio issued dividend-ineligible

stocks, omitted material information about dilutive share issuances, and misrepresented the dividend eligibility of its shares (Compl. ¶ 68);

b. Judgment is hereby entered in favor of plaintiff COR Clearing that Calissio collected due bill payments from sellers of dividend-ineligible shares, and attempted to cover up the scheme when discovered by feigning a "glitch" in the system and representing that it was working with DTCC to correct the error (Compl. ¶¶ 28, 68-69);

c. Judgment is hereby entered in favor of plaintiff COR Clearing that Calissio orchestrated the fraudulent scheme by purposely causing the issuance of dividend ineligible shares during a due bill period without any notice to the marketplace, hiding from DTCC the fact that such shares were not dividend eligible, thereby causing DTCC to erroneously collect dividends on all outstanding Calissio shares, and then failing to correct DTCC's errant due bill collection and covering up the fraud by communicating to COR Clearing, Darbie, and Nobilis that it was all the result of a "glitch" in the system and representing that it was working with DTCC to correct the error (Compl. ¶¶ 28, 69, 73);

d. Judgment is hereby entered in favor of plaintiff COR Clearing that the Calissio shares sold by Beaufort and Nobilis (through COR Clearing) were ineligible for dividends, and therefore COR Clearing should not have been debited for due bills that erroneously attached to those shares (Compl. ¶¶ 37, 44, 50);

e. Judgment is hereby entered in favor of plaintiff COR Clearing that no dividend was owed to Calissio for the shares sold by COR Clearing on behalf of Nobilis and Beaufort, and therefore over $4 million in debits were wrongfully made against COR Clearing's account (Compl. ¶¶ 51, 58);

f. Judgment is hereby entered in favor of plaintiff COR Clearing that it was proximately harmed by Calissio's material misrepresentations and omissions in an amount to be determined by this Court at a hearing after final disposition of claims against Signature Stock Transfer, Inc. (Compl. ¶ 72);

g. A permanent injunction is hereby entered against Calissio precluding it from disposing of the amount Calissio charged in due bills to COR Clearing except to satisfy a monetary judgment in favor of plaintiff COR Clearing in an amount to be determined by this Court at a hearing after final disposition of claims against Signature Stock Transfer, Inc. (Compl. ¶¶ 39, 44, 52, 75).

DATED this 21st day of April 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court