IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COR CLEARING, LLC, a Delaware  )
limited liability company,     )
                               )
              Plaintiff,       )           8:15CV317
                               )
      v.                       )
                               )
CALISSIO RESOURCES GROUP,      )           ORDER
INC., a Nevada corporation,    )
ADAM CARTER, an individual,    )
SIGNATURE STOCK TRANSFER,      )
INC, A Texas corporation; and  )
DOES 1-50,                     )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the joint stipulation regarding Filing Nos. 94 and 116 (Filing No. 119). The Court finds the stipulation should be approved. Accordingly,

IT IS ORDERED that the stipulation is approved. TDAC shall have until July 20, 2016, to comply with COR Clearing, LLC's motion to compel.

DATED this 15th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court