```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

COR CLEARING, LLC, a Delaware )
limited liability company,    )
                              )
            Plaintiff,        )         8:15CV317
                              )
      v.                      )
                              )
CALISSIO RESOURCES GROUP,     )         ORDER
INC., a Nevada corporation,   )
ADAM CARTER, an individual,   )
SIGNATURE STOCK TRANSFER,     )
INC, A Texas corporation; and )
DOES 1-50,                    )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion for leave to amend complaint (Filing No. 121). The Court notes the motion is unopposed and should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to amend complaint is granted. Plaintiff shall file its amended complaint on or before August 15, 2016.

DATED this 2nd day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court