IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, a Texas corporation; NATIONAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; TD AMERITRADE CLEARING, INC., a Nebraska corporation; SCOTTRADE, INC., an Arizona corporation, E-TRADE CLEARING, LLC, a Delaware limited liability company, and DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint motion to extend deadlines for filing response and reply brief in connection with the Clearing Firm defendants' motion to dismiss (Filing No. 147). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted. Plaintiff shall have until October 21, 2016, to file its response to defendants' motion to dismiss.

2) Clearing Firm defendants shall have until November 11, 2016, to file their reply brief.

DATED this 18th day of October, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court