# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | Case No. 8:15-cv-00317-LES-FG3 |
| Plaintiff, | |
| v. | **UNOPPOSED PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation; ADAM CARTER, an individual; SIGNATURE STOCK TRANSFER, INC., a Texas corporation; and DOES 1-50, TD AMERITRADE CLEARING, INC., a Nebraska corporation, NATIONAL FINANCIAL SERVICES LLC, a Delaware limited liability company, SCOTTRADE, INC., an Arizona corporation, and E-TRADE CLEARING, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff COR Clearing, LLC ("Plaintiff" or "COR"), by and through its counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2) and Nebraska Civil Rule 15.1(a), hereby requests leave to amended its complaint and to file the Second Amended Complaint for Damages, Injunctive Relief and Imposition of Constructive Trust ("Second Amended Complaint"), which is attached as Exhibit A to this motion.

The undersigned further represents to the Court that Defendants' counsel have no objections to Plaintiff's leave requested herein.

Respectfully submitted,

DATED: January 25, 2017

s/ Michael T. Hilgers
Michael T. Hilgers (#24483)
mhilgers@hilgersgraben.com
Mary Ann Novak (#24851)
mnovak@hilgersgraben.com
Andrew R. Graben (TX# 24045964)
agraben@hilgersgraben.com
Jackson W. Rudd (#26094)
jrudd@hilgersgraben.com

HILGERS GRABEN PLLC
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: (402) 218-2106
Facsimile: (402) 413-1880

*Attorneys for Plaintiff COR Clearing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

s/ Michael T. Hilgers
Michael T. Hilgers