IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COR CLEARING, LLC, a Delaware  )
limited liability company,     )
                               )
           Plaintiff,          )         8:15CV317
                               )
     v.                        )
                               )
CALISSIO RESOURCES GROUP,      )         ORDER
INC., a Nevada corporation,    )
ADAM CARTER, an individual,    )
SIGNATURE STOCK TRANSFER,      )
INC, A Texas corporation; and  )
DOES 1-50,                     )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for leave to amend complaint (Filing No. 171). The Court notes the motion is unopposed and should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to amend complaint is granted. Plaintiff shall file its second amended complaint on or before February 10, 2017.

DATED this 30th day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court