IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, a Texas corporation; NATIONAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; TD AMERITRADE CLEARING, INC., a Nebraska corporation; SCOTTRADE, INC., an Arizona corporation, E-TRADE CLEARING, LLC, a Delaware limited liability company, and DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to extend deadlines (Filing No. 195). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted.

    a) Plaintiff shall have until April 14, 2017, to disclose expert witnesses, with full reports.

    b) Defendants shall have until May 17, 2017, to disclose expert witnesses, with full reports.

      c) The parties shall have until June 7, 2017, to disclose rebuttal expert witnesses.

DATED this 10th day of April, 2017.

                BY THE COURT:

                /s/ Lyle E. Strom

                _____
                LYLE E. STROM, Senior Judge
                United States District Court