IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

COR CLEARING, LLC, a Delaware )
limited liability company,     )
                               )
            Plaintiff,         )            8:15CV317
                               )
        v.                     )
                               )
CALISSIO RESOURCES GROUP,      )            ORDER
INC., a Nevada corporation,    )
ADAM CARTER, an individual,    )
SIGNATURE STOCK TRANSFER,      )
INC, a Texas corporation;      )
NATIONAL FINANCIAL SERVICES,   )
LLC, a Delaware limited        )
liability company; TD          )
AMERITRADE CLEARING, INC., a   )
Nebraska corporation;          )
SCOTTRADE, INC., an Arizona    )
corporation, E-TRADE CLEARING, )
LLC, a Delaware limited        )
liability company, and         )
DOES 1-50,                     )
                               )
            Defendants.        )
_____)


        This matter is before the Court on the motion to

withdraw as counsel (Filing No. 207).  The Court finds the motion

should be granted.  Accordingly,

        IT IS ORDERED that the motion is granted.  Elizabeth B.

Smith, formerly of the law firm of McGrath North Mullin Kratz, PC

LLO, is deemed withdrawn as counsel for TD Ameritrade

Clearing, Inc., and Scottrade, Inc.  The clerk of court shall

remove her name from CM/ECF.

DATED this 24th day of April, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court