IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, a Texas corporation; NATIONAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; TD AMERITRADE CLEARING, INC., a Nebraska corporation; SCOTTRADE, INC., an Arizona corporation, E-TRADE CLEARING, LLC, a Delaware limited liability company, and DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants National Financial Services LLC, TD Ameritrade Clearing, Inc., Scottrade, Inc., and E-Trade Clearing, LLC's motion for extension of time to response to plaintiff's motion to compel (Filing No. 209), said defendants' motion to strike (Filing No. 210), and their amended motion for extension of time to respond to plaintiff's motion to compel (Filing No. 211). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion to strike is granted; Filing No. 209 is stricken.

2) The amended motion for extension of time to respond to plaintiff's motion to compel is granted. Moving defendants shall have until May 3, 2017, to respond to plaintiff's motion to compel.

3) Plaintiff shall have until May 15, 2017, to file its reply.

DATED this 2nd day of May, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court