IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, a Texas corporation; NATIONAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; TD AMERITRADE CLEARING, INC., a Nebraska corporation; SCOTTRADE, INC., an Arizona corporation, E-TRADE CLEARING, LLC, a Delaware limited liability company, and DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion of TD Ameritrade Clearing, Inc. and Scottrade, Inc. to amend third amended progression order (Filing No. 219). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; the deadline for defendants to submit expert reports is extended to June 16, 2017.

2) The deadline to disclose additional expert witnesses if necessary to refute disclosed opinions of opponent's expert witnesses is extended to June 30, 2017.

3) The deadline for motions challenging the qualifications of an expert or the admissibility of testimony of an expert witness is extended to July 17, 2017.

DATED this 16th day of May, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court