IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COR CLEARING, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV317 |
| v. | ) ) ) | |
| CALISSIO RESOURCES GROUP, INC., a Nevada corporation, ADAM CARTER, an individual, SIGNATURE STOCK TRANSFER, INC, a Texas corporation; NATIONAL FINANCIAL SERVICES, LLC, a Delaware limited liability company; TD AMERITRADE CLEARING, INC., a Nebraska corporation; SCOTTRADE, INC., an Arizona corporation, E-TRADE CLEARING, LLC, a Delaware limited liability company, and DOES 1-50, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion of TD Ameritrade Clearing, Inc. and Scottrade, Inc. to amend third amended progression order (Filing No. 226). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; the discovery deadline is extended to July 30, 2017.

2) The deadline for the filing of motions for summary judgment is extended to July 30, 2017.

DATED this 31st day of May, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court