IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COR CLEARING, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>CALISSIO RESOURCES GROUP, INC., a Nevada corporation; ADAM CARTER, an individual; SIGNATURE STOCK TRANSFER, INC., a Texas corporation; DOES 1-50; TD AMERITRADE CLEARING, INC., a Nebraska corporation; NATIONAL FINANCIAL SERVICES LLC, a Delaware limited liability company; SCOTTRADE, INC., an Arizona corporation; and E-TRADE CLEARING, LLC, a Delaware limited liability company;<br><br>Defendants. | **8:15CV317**<br><br>**ORDER** |

This matter is before the court on its own motion. The record shows that defendant Adam Carter has never been served. See Filing No. 3, Summons. No return of summons has been filed. The action against defendant Carter is subject to dismissal without prejudice under Federal Rule of Civil Procedure 4(m). The court has been advised that the plaintiff has no objection to a dismissal without prejudice. Accordingly,

IT IS ORDERED:

1. The plaintiff's claims against defendant Adam Carter are dismissed without prejudice for failure to effect service.

2. A judgment of dismissal will issue this date.

Dated this 17th day of November, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge