# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3556
_____

COR Clearing, LLC, a Delaware limited liability company

Plaintiff - Appellant

v.

Calissio Resources Group, Inc., a Nevada corporation

Defendant - Appellee

Adam Carter, an individual

Defendant

Signature Stock Transfer, Inc., a Texas corporation

Defendant - Appellee

Does 1-50

Defendant

TD Ameritrade Clearing, Inc., a Nebraska corporation; National Financial Services, LLC, a Delaware limited liability company; Scottrade, Inc., an Arizona corporation; E-Trade Clearing, LLC, a Delaware limited liability company

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:15-cv-00317-JFB)
_____

**JUDGMENT**

Before LOKEN, ERICKSON, Circuit Judges and MAGNUSON, District Judge.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 13, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans