# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3556

COR Clearing, LLC, a Delaware limited liability company

Appellant

v.

Calissio Resources Group, Inc., a Nevada corporation

Appellee

Adam Carter, an individual

Signature Stock Transfer, Inc., a Texas corporation

Appellee

Does 1-50

TD Ameritrade Clearing, Inc., a Nebraska corporation, et al.

Appellees

------

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:15-cv-00317-JFB)

------

**MANDATE**

In accordance with the opinion and judgment of 03/13/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 05, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit